United States District Court
Southern District of Texas
**ENTERED**
July 23, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

**JOSE TRINIDAD ROJAS PLIEGO**,

*Petitioner*,

v.

**MARKWAYNE MULLIN**, Secretary of the U.S. Department of Homeland Security; **U.S. DEPARTMENT OF HOMELAND SECURITY**; **DAVID VENTURELLA**, Acting Director of the U.S. Immigration and Customs Enforcement; **EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**; **TODD BLANCHE**, Acting Attorney General of the United States; **GABRIEL MARTINEZ**, Acting Assistant Field Office Director of the Houston Field Office of U.S. Immigration and Customs Enforcement; and **JOHN DOE**, Warden, Montgomery ICE Processing Center, in their official capacities.

*Respondents*

Case No. 4:26-cv-05719

ORDER

Upon consideration of Petitioner's Emergency Motion to Seal pursuant to Rule 5.2(a) of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that:

Petitioner's Emergency Motion to Seal is GRANTED. The Petition for Habeas Corpus (ECF No. 1) and attached exhibits are hereby SEALED.

Service of this Order shall be made by Plaintiff on the United States Attorney for the Southern District of Texas by email at USATXS.CivilNotice@usdoj.gov and shall constitute good and sufficient service.

IT IS SO ORDERED.

Signed this 23rd day of July, 2026.

Honorable Juge Keith P. Ellison